No. 1071. CARPENTER ET AL. v. TITLE INSURANCE & TRUST Co. May 20, 1946. Petition for writ of certiorari

to the District Court of Appeal, 2d Appellate District, of California, denied. *A. L. Wirin* for petitioners. *Archibald H. Vernon* and *Gilbert E. Harris* for respondent.